THOMAS, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App. P.; Ala.Code 1975, §§ 40-2A-3(23), 40-2A-8(a), 40-2A-9(g), and 40-2A-9(g)(2); Knight v. Beverly Health Care Bay Manor Health Care Center, 820 So.2d 92, 97 (Ala.2001); Ikner v. Miller, 477 So.2d 387, 389 (Ala.1985); and Charles Israel Chevrolet, Inc. v. Walter E. Heller & Co., 476 So.2d 71, 74 (Ala.1985).
*479 PITTMAN and MOORE, JJ., concur.
THOMPSON, P.J., dissents, with writing, which BRYAN, J., joins.